CONSOLIDATED MEDICAL SERVICES INC  
11027 Mccormick Rd  
Hunt Valley MD 21031

7020-3637  
ORG1:1 Payroll  
EE ID: ▉  DD

*Payrolls by Paychex, Inc.*

MICHAEL J WALKER  
2320 DELTA RD  
BROGUE PA 17309

**NON-NEGOTIABLE**

**NON-NEGOTIABLE**

### PERSONAL AND CHECK INFORMATION
Michael J Walker  
2320 Delta Rd  
Brogue, PA 17309

**Employee ID:** ▉

**Home Department:** 1 Payroll

**Pay Period:** 04/12/25 **to** 04/18/25  
**Check Date:** 04/25/25  **Check #:** ▉

#### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---:|---:|
| Check Amount | 0.00 | 14395.44 |
| Chkg 891 | 1309.04 | 7854.24 |
| **NET PAY** | **1309.04** | **22249.68** |

#### EARNINGS

| DESCRIPTION | BASIS OF PAY | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---:|---:|---:|---:|---:|
| Salary | | | | | 448.0000 | 19080.00 |
| Salary | M | 40.0000 | | 1800.00 | M240.0000 | 10800.00 |
| Salary Holiday | | | | | 16.0000 | 720.00 |
| **Total Hours** | | 40.0000 | | | 704.0000 | |
| **Total Hrs Worked** | | 40.0000 | | | | |
| **Gross Earnings** | | | | 1800.00 | | 30600.00 |

#### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---:|---:|
| Social Security | | 111.60 | 1897.20 |
| Medicare | | 26.10 | 443.70 |
| Fed Income Tax | Override $264 | 264.00 | 4492.00 |
| PA Income Tax | Override $55.26 | 55.26 | 939.42 |
| **TOTAL** | | 456.96 | 7772.32 |

#### DEDUCTION

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---:|---:|
| 401k EE Pretax | 34.00 | 578.00 |
| **TOTAL** | 34.00 | 578.00 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---:|---:|
| | **1309.04** | **22249.68** |

CONSOLIDATED MEDICAL SERVICES INC  
11027 Mccormick Rd  
Hunt Valley MD 21031

7020-3637  
ORG1:1 Payroll  
EE ID: ■  DD

*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

MICHAEL J WALKER  
2320 DELTA RD  
BROGUE PA 17309

NON-NEGOTIABLE

---

**PERSONAL AND CHECK INFORMATION**  
Michael J Walker  
2320 Delta Rd  
Brogue, PA 17309  
**Employee ID:** ■

**Home Department:** 1 Payroll

**Pay Period:** 04/05/25 **to** 04/11/25  
**Check Date:** 04/18/25   **Check #:** ■

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---:|---:|
| Check Amount | 0.00 | 14395.44 |
| Chkg 891 | 1309.04 | 6545.20 |
| **NET PAY** | **1309.04** | **20940.64** |

**EARNINGS**

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---:|---:|---:|---:|---:|
| | Salary | | | | 448.0000 | 19080.00 |
| | Salary | M40.0000 | | 1800.00 | M200.0000 | 9000.00 |
| | Salary Holiday | ____ | | _____ | 16.0000 | 720.00 |
| | **Total Hours** | 40.0000 | | | 664.0000 | |
| | **Total Hrs Worked** | 40.0000 | | | | |
| | **Gross Earnings** | | | 1800.00 | | 28800.00 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---:|---:|
| Social Security | | 111.60 | 1785.60 |
| Medicare | | 26.10 | 417.60 |
| Fed Income Tax | Override $264 | 264.00 | 4228.00 |
| PA Income Tax | Override $55.26 | 55.26 | 884.16 |
| **TOTAL** | | 456.96 | 7315.36 |

**DEDUCTION**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---:|---:|
| 401k EE Pretax | 34.00 | 544.00 |
| **TOTAL** | 34.00 | 544.00 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---:|---:|
| | **1309.04** | **20940.64** |

CONSOLIDATED MEDICAL SERVICES INC
11027 Mccormick Rd
Hunt Valley MD 21031

7020-3637
ORG1:1 Payroll
EE ID: ▮    DD

*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

MICHAEL J WALKER
2320 DELTA RD
BROGUE PA 17309

NON-NEGOTIABLE

---

**PERSONAL AND CHECK INFORMATION**
Michael J Walker
2320 Delta Rd
Brogue, PA 17309
**Employee ID:** ▮

**Home Department:** 1 Payroll

**Pay Period:** 03/29/25 **to** 04/04/25
**Check Date:** 04/11/25   **Check #:** ▮

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---:|---:|
| Check Amount | 0.00 | 14395.44 |
| Chkg 891 | 1309.04 | 5236.16 |
| **NET PAY** | **1309.04** | **19631.60** |

**EARNINGS**

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---:|---:|---:|---:|---:|
| | Salary | | | | 448.0000 | 19080.00 |
| | Salary | M40.0000 | | 1800.00 | M160.0000 | 7200.00 |
| | Salary Holiday | | | ____ | 16.0000 | 720.00 |
| | **Total Hours** | 40.0000 | | | 624.0000 | |
| | **Total Hrs Worked** | 40.0000 | | | | |
| | **Gross Earnings** | | | 1800.00 | | 27000.00 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---:|---:|
| Social Security | | 111.60 | 1674.00 |
| Medicare | | 26.10 | 391.50 |
| Fed Income Tax | Override $264 | 264.00 | 3964.00 |
| PA Income Tax | Override $55.26 | 55.26 | 828.90 |
| **TOTAL** | | 456.96 | 6858.40 |

**DEDUCTION**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---:|---:|
| 401k EE Pretax | 34.00 | 510.00 |
| **TOTAL** | 34.00 | 510.00 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---:|---:|
| | **1309.04** | **19631.60** |

*Payrolls by Paychex, Inc.*
0030 7020-3637 Consolidated Medical Services Inc • 11027 Mccormick Rd • Hunt Valley MD 21031

Case 1:25-bk-01554   Doc 5   Filed 05/30/25   Entered 05/30/25 17:02:27   Desc Main
Document   Page 3 of 8

CONSOLIDATED MEDICAL SERVICES INC
11027 Mccormick Rd
Hunt Valley MD 21031

7020-3637
ORG1:1 Payroll
EE ID: ■   DD

*Payrolls by Paychex, Inc.*

MICHAEL J WALKER
2320 DELTA RD
BROGUE PA 17309

NON-NEGOTIABLE

NON-NEGOTIABLE

## PERSONAL AND CHECK INFORMATION
Michael J Walker
2320 Delta Rd
Brogue, PA 17309
**Employee ID:** ■

**Home Department:** 1 Payroll

**Pay Period:** 03/22/25 **to** 03/28/25
**Check Date:** 04/04/25   **Check #:** ■

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 14395.44 |
| Chkg 891 | 1309.04 | 3927.12 |
| **NET PAY** | **1309.04** | **18322.56** |

### EARNINGS

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| | Salary | | | | 448.0000 | 19080.00 |
| | Salary | M40.0000 | | 1800.00 | M120.0000 | 5400.00 |
| | Salary Holiday | | | | 16.0000 | 720.00 |
| | **Total Hours** | 40.0000 | | | 584.0000 | |
| | **Total Hrs Worked** | 40.0000 | | | | |
| | **Gross Earnings** | | | 1800.00 | | 25200.00 |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 111.60 | 1562.40 |
| Medicare | | 26.10 | 365.40 |
| Fed Income Tax | Override $264 | 264.00 | 3700.00 |
| PA Income Tax | | 55.26 | 773.64 |
| **TOTAL** | | 456.96 | 6401.44 |

### DEDUCTION

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| 401k EE Pretax | 34.00 | 476.00 |
| **TOTAL** | 34.00 | 476.00 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **1309.04** | **18322.56** |

*Payrolls by Paychex, Inc.*

0030 7020-3637 Consolidated Medical Services Inc • 11027 Mccormick Rd • Hunt Valley MD 21031

CONSOLIDATED MEDICAL SERVICES INC  
11027 Mccormick Rd  
Hunt Valley MD 21031  

7020-3637  
ORG1:1 Payroll  
EE ID: ███   DD  

*Payrolls by Paychex, Inc.*

MICHAEL J WALKER  
2320 DELTA RD  
BROGUE PA 17309  

NON-NEGOTIABLE

NON-NEGOTIABLE

---

**PERSONAL AND CHECK INFORMATION**  
Michael J Walker  
2320 Delta Rd  
Brogue, PA 17309  
**Employee ID:** ███  

**Home Department:** 1 Payroll  

**Pay Period:** 03/15/25 **to** 03/21/25  
**Check Date:** 03/28/25   **Check #:** ███  

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---:|---:|
| Check Amount | 0.00 | 14395.44 |
| Chkg 891 | 1309.04 | 2618.08 |
| **NET PAY** | **1309.04** | **17013.52** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---:|---:|---:|---:|---:|
| | | Salary | | | | 448.0000 | 19080.00 |
| | | Salary | M40.0000 | | 1800.00 | M80.0000 | 3600.00 |
| | | Salary Holiday | | | | 16.0000 | 720.00 |
| | | **Total Hours** | 40.0000 | | | 544.0000 | |
| | | **Total Hrs Worked** | 40.0000 | | | | |
| | | **Gross Earnings** | | | 1800.00 | | 23400.00 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---:|---:|
| | Social Security | | 111.60 | 1450.80 |
| | Medicare | | 26.10 | 339.30 |
| | Fed Income Tax | Override $264 | 264.00 | 3436.00 |
| | PA Income Tax | | 55.26 | 718.38 |
| | **TOTAL** | | 456.96 | 5944.48 |

| DEDUCTION | DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---:|---:|
| | 401k EE Pretax | 34.00 | 442.00 |
| | **TOTAL** | 34.00 | 442.00 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---:|---:|
| | **1309.04** | **17013.52** |

*Payrolls by Paychex, Inc.*

0030 7020-3637  Consolidated Medical Services Inc • 11027 Mccormick Rd • Hunt Valley MD 21031

CONSOLIDATED MEDICAL SERVICES INC
11027 Mccormick Rd
Hunt Valley MD 21031

7020-3637
ORG1:1 Payroll
EE ID: ▮  DD

*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

MICHAEL J WALKER
2320 DELTA RD
BROGUE PA 17309

NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**
Michael J Walker
2320 Delta Rd
Brogue, PA 17309
**Employee ID:** ▮

**Home Department:** 1 Payroll

**Pay Period:** 03/08/25 **to** 03/14/25
**Check Date:** 03/21/25   **Check #:** ▮

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---:|---:|
| Check Amount | 0.00 | 14395.44 |
| Chkg 891 | 1309.04 | 1309.04 |
| **NET PAY** | **1309.04** | **15704.48** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---:|---:|---:|---:|---:|
| | | Salary | | | | 448.0000 | 19080.00 |
| | | Salary | M40.0000 | | 1800.00 | M40.0000 | 1800.00 |
| | | Salary Holiday | | | | 16.0000 | 720.00 |
| | | **Total Hours** | 40.0000 | | | 504.0000 | |
| | | **Total Hrs Worked** | 40.0000 | | | | |
| | | **Gross Earnings** | | | 1800.00 | | 21600.00 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---:|---:|
| | Social Security | | 111.60 | 1339.20 |
| | Medicare | | 26.10 | 313.20 |
| | Fed Income Tax | Override $264 | 264.00 | 3172.00 |
| | PA Income Tax | | 55.26 | 663.12 |
| | **TOTAL** | | 456.96 | 5487.52 |

| DEDUCTION | DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---:|---:|
| | 401k EE Pretax | 34.00 | 408.00 |
| | **TOTAL** | 34.00 | 408.00 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---:|---:|
| | **1309.04** | **15704.48** |

*Payrolls by Paychex, Inc.*
0030 7020-3637 Consolidated Medical Services Inc • 11027 Mccormick Rd • Hunt Valley MD 21031

Consolidated Medical Services, Inc.
11027 McCormick Road
Hunt Valley, MD 21031

Michael J Walker
2320 Delta Road
Brogue, PA 17309

| **Employee Pay Stub** | Check number: ▓▓▓ | | Pay Period: 03/01/25 - 03/07/25 | Pay Date: 03/14/25 |
|---|---|---|---|---|

**Employee**

Michael J Walker, 2320 Delta Road, Brogue, PA 17309

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 1,800.00 | 19,080.00 |
| HS - Salary Holiday | | | | 720.00 |
| | 0.00 | | 1,800.00 | 19,800.00 |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| 401(k) Employee deduction | -34.00 | -374.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -264.00 | -2,908.00 |
| Social Security Employee | -111.60 | -1,227.60 |
| Medicare Employee | -26.10 | -287.10 |
| PA - Withholding | -55.26 | -607.86 |
| | -456.96 | -5,030.56 |

| **Net Pay** | 1,309.04 | 14,395.44 |
|---|---|---|

11027 McCormick Road, Hunt Valley, MD 21031

Powered by Intuit Payroll

Consolidated Medical Services, Inc.
11027 McCormick Road
Hunt Valley, MD 21031

Michael J Walker
2320 Delta Road
Brogue, PA 17309

**Employee Pay Stub**  Check number: ███████  Pay Period: 02/22/25 - 02/28/25  Pay Date: 03/07/25

**Employee**

Michael J Walker, 2320 Delta Road, Brogue, PA 17309

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 1,800.00 | 17,280.00 |
| HS - Salary Holiday | | | | 720.00 |
| | 0.00 | | 1,800.00 | 18,000.00 |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| 401(k) Employee deduction | -34.00 | -340.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -264.00 | -2,644.00 |
| Social Security Employee | -111.60 | -1,116.00 |
| Medicare Employee | -26.10 | -261.00 |
| PA - Withholding | -55.26 | -552.60 |
| | -456.96 | -4,573.60 |

| **Net Pay** | 1,309.04 | 13,086.40 |
|---|---|---|

11027 McCormick Road, Hunt Valley, MD 21031                    Powered by Intuit Payroll