# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA
### Harrisburg Division

| | |
|---|---|
| Michael James Walker, | Case No. 1:25-bk-01554-HWV |
| *Debtor*. | Chapter 13 |

## CERTIFICATE OF SERVICE

I, Michael A. Cibik, attorney for Debtors, hereby certify that on May 30, 2025, a true and correct copy of the Motion to Extend the Automatic Stay was served upon the U.S. Trustee and the Chapter 13 Trustee via ECF Notification and by U.S. Mail to the Debtor and all parties from the Creditor Matrix, listed in the attached mailing list, as listed below:

U.S. Trustee - *via ECF*

Jack N. Zaharopoulos, Chapter 13 Trustee - *via ECF*

Debtor: **2320 Delta Road, Brogue, PA 17309-9103**

| | |
|---|---|
| Dated: May 30, 2025 | /s/ Michael A. Cibik |
| | Michael A. Cibik, Principal Attorney |
| | Cibik Law, P.C., Counsel for Debtors |

**Capital One**

Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

**Comenity Bank/Petland**

Attn: Bankruptcy
PO Box 182125
Columbus, OH 43218

**Freedom Mortgage Corporation**

Attn: Bankruptcy
907 Pleasant Valley Ave, Ste 3
Mt Laurel, NJ 08054

**Internal Revenue Service**

Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

**Pennsylvania Attorney General**

16th Floor, Strawberry Square
Harrisburg, PA 17120-0001

**Pennsylvania Department of Revenue**

Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

**Pennsylvania Office of General Counsel**

333 Market St Fl 17
Harrisburg, PA 17101-2210

**U.S. Attorney, Middle District of Pa.**

235 N Washington Ave Ste 311
Scranton, PA 18503-1533

**U.S. Department of Justice**

Attorney General
PO Box 683
Washington, DC 20044-0683

**York County Tax Claim Bureau**

28 East Market Street, Room 105
York, PA 17401-1585