UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Michael James Walker,

Debtor.

Case No. 1:25-bk-01554-HWV

Chapter 13

## ORDER DIRECTING EMPLOYER TO MAKE WAGE DEDUCTION

Upon motion of Michael James Walker to Pay Trustee by Wage Attachment, Dkt. # 8 ("Motion"), it is hereby

**ORDERED** that:

1. Debtor's employer, Consolidated Medical Services, Inc. ("Employer") shall pay $465.00 directly from each of his regular weekly paychecks, to the chapter 13 trustee at the following address:

   Jack N. Zaharopoulos, Chapter 13 Trustee
   P.O. Box 6008
   Memphis, TN 38101

2. The employer will place the Debtor's name and bankruptcy number clearly on all remitted payments.

3. This order terminates upon dismissal or discharge of this case without further order of this Court. Otherwise, it can be dissolved or modified only by a subsequent court order.

4. This order supersedes and replaces all previous orders, if any, made to the subject employer in this case.

CC: Consolidated Medical Services, Inc.
Attn: Payroll/HR Re: Wage Deduction
11027 McCormick Rd
Hunt Valley, MD 21031

By the Court,

*Henry W. Van Eck* (signature)

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: June 2, 2025