# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:

Michael James Walker,

    *Debtor.*

Case No. 1:25-bk-01554-HWV
Chapter 13

## ORDER

Upon consideration of the Debtor's Motion to Extend the Automatic Stay, Doc. 10, no objections having been filed, and a hearing having been held on June 24, 2025, for the reasons stated on the record, it is

**ORDERED** that the Motion is **GRANTED**. The automatic stay shall continue until the closing of the case or further order of the Court.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: June 24, 2025