IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA (Harrisburg)

| | |
|---|---|
| IN RE:<br>MICHAEL JAMES WALKER<br>    Debtor | Case No. 1:25-bk-01554-HWV<br><br>Chapter 13 |
| Freedom Mortgage Corporation,<br>    Movant<br><br>vs.<br>MICHAEL JAMES WALKER<br>    And<br>KRISTEN DANIELLE TOME, (NON-FILING CO-DEBTOR)<br>    Respondents | 11 U.S.C. §362 and §1301 |

**MOTION FOR RELIEF FROM AUTOMATIC STAY UNDER §362 AND §1301 CO-DEBTOR STAY PURSUANT TO BANKRUPTCY PROCEDURE RULE 4001**

Movant, by its attorneys, Brock and Scott PLLC, hereby requests a termination of Automatic Stay and leave to proceed with its state court rights on its mortgage on real property owned by MICHAEL JAMES WALKER and non-filing Co-Debtor, KRISTEN DANIELLE TOME.

1. Movant is Freedom Mortgage Corporation.

2. Debtor, MICHAEL JAMES WALKER, and non-filing Co-Debtor KRISTEN DANIELLE TOME are the owners of the premises located at 2320 Delta Rd, Brogue, Pennsylvania 17309 hereinafter known as the mortgaged premises.

3. Movant is the holder of a mortgage on the mortgaged premises.

4. Debtor's failure to tender monthly payments in a manner consistent with the terms of the Mortgage and Note results in a lack of adequate protection.

5. Movant instituted foreclosure proceedings on the Mortgage due to Debtor's failure to make payments required thereunder.

6. The foreclosure proceedings instituted were stayed by the filing of the instant Chapter 13 Petition.

7. The following chart sets forth the number and amount of post-petition payments due pursuant to the terms of the Note that have been missed as of October 20, 2025:

| Number of Missed Payments | From | To | Monthly Payment Amount | Total Amounts Delinquent |
|---|---|---|---|---|
| 3 | August 1, 2025 | October 1, 2025 | $1,504.42 | $4,513.26 |
| Less partial payments (suspense balance): ($1,116.16) | | | | |// 

**Total: $3,397.10**

8. The amounts listed above may not include any post-petition fees and costs previously filed with the Court pursuant to Rule 3002.1. The Secured Creditor does not waive it's right to collect these amounts.

9. A post-petition payment history is attached hereto as Exhibit A.

10. The next payment is due on or before November 1, 2025 in the amount of $1,504.42. Under the terms of the Note and Mortgage, Debtor has a continuing obligation to remain current post-petition and failure to do so results in a lack of adequate protection to Movant.

11. Upon information and belief, the payoff amount as of October 7, 2025 is $262,554.35.

12. Movant, Freedom Mortgage Corporation requests the Court award reimbursement in the amount of $1,549.00 for the legal fees and costs associated with this Motion.

13. Movant has cause to have the Automatic Stay terminated as to permit Movant to complete foreclosure on its mortgage.

14. Movant specifically requests permission from the Honorable Court to communicate with Debtor and Debtor's counsel to the extent necessary to comply with applicable non-bankruptcy law.

15. Rule 4001(a)(4) should not be applicable and Movant should be allowed to immediately enforce and implement the Order granting relief from the automatic stay.

16. Movant additionally seeks relief from the co-debtor stay under §1301 (c) (if applicable) in the instant case, as the continuation of the co-debtor stay causes irreparable harm to the Movant. Movant may be barred from moving forward with its state court rights under the terms of the mortgage without relief from the co-debtor stay.

17. Movant requests that if relief is granted that Federal Rule of Bankruptcy Procedure 3002.1 be waived.

**WHEREFORE**, Movant respectfully requests that this Court enter an Order;

a. Modifying the Automatic Stay under Section 362 and Co-Debtor Stay under Section 1301 with respect to 2320 Delta Rd, Brogue, Pennsylvania 17309 (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors and assignees, to proceed with its rights under the terms of said Mortgage; and

b. That relief from any Co-Debtor Stay (if applicable) is hereby granted; and

c. Awarding Movant attorney fees and costs related to this Motion in the amount of $1,549.00; and

d. Movant specifically requests permission from this Honorable Court to communicate with Debtor and Debtor's counsel to the extent necessary to comply with applicable non-bankruptcy law; and

e. That the Trustee cease making any further distributions to the Creditor; and

f. Holding that due to Debtor's continuing failure to tender post-petition mortgage payments and the resulting and ever increasing lack of adequate protection that said failure presents, sufficient grounds exist for waiver of Rule 4001(a)(4), and that Movant, its successors or assignees,

should be allowed to immediately enforce and implement the Order granting relief from the automatic stay; and

      g.      Waiving Federal Rule of Bankruptcy Procedure 3002.1; and

      h.      Granting any other relief that this Court deems equitable and just.

<u>October 30, 2025</u>

                                      <u>*/s/Mario Hanyon*</u>
                                      Andrew Spivack, PA Bar No. 84439
                                      Mario Hanyon, PA Bar No. 203993
                                      Ryan Srnik, PA Bar No. 334854
                                      Jay Jones, PA Bar No. 86657
                                      Attorney for Creditor
                                      BROCK & SCOTT, PLLC
                                      3825 Forrestgate Drive
                                      Winston Salem, NC 27103
                                      Telephone: (844) 856-6646
                                      Facsimile: (704) 369-0760
                                      E-Mail: PABKR@brockandscott.com