## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA (Harrisburg)

| | |
|---|---|
| IN RE:<br>MICHAEL JAMES WALKER<br>　　　　Debtor | Case No. 1:25-bk-01554-HWV |
| Freedom Mortgage Corporation,<br><br>　　　Movant | Chapter 13 |
| vs.<br>MICHAEL JAMES WALKER<br>　　　And<br>KRISTEN DANIELLE TOME, (NON-FILING<br>CO-DEBTOR)<br>　　　Respondents | 11 U.S.C. §362 and §1301 |

### CERTIFICATE OF NON-CONCURRENCE

I hereby certify that on <u>October 17, 2025</u>, my office contacted the counsel for Debtor and the Trustee to obtain an agreement as to the attached Motion for Relief being filed on behalf of Freedom Mortgage Corporation.

I request that an answer date be scheduled for the disposition of the above-captioned Motion for Relief.

<u>October 30, 2025</u>

<u>/s/Mario Hanyon</u>
Andrew Spivack, PA Bar No. 84439
Mario Hanyon, PA Bar No. 203993
Ryan Srnik, PA Bar No. 334854
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com
