

**EXHIBIT A**

| Debtor Name: | MICHAEL J WALKER | | | | | |
|---|---|---|---|---|---|---|
| BK Case Number: | 2501554 | | | | | |
| Filing Date: | 05/30/25 | | | | | |
| Post First Due: | 06/01/25 | | Completed Date: | 10/20/2025 | | |
| Post-Petition Due | Date Received | Amount Received | Amount Applied | Suspense Application | Suspense Balance | RMMP POC $1504.42 |
| | | | | $ - | $ - | |
| | 6/10/2025 | $ 375.00 | | $ 375.00 | $ 375.00 | |
| | 6/17/2025 | $ 375.00 | | $ 375.00 | $ 750.00 | |
| | 6/24/2025 | $ 375.00 | | $ 375.00 | $ 1,125.00 | |
| | 7/1/2025 | $ 375.00 | | $ 375.00 | $ 1,500.00 | |
| 06/01/25 | 7/14/2025 | $ 375.00 | $ 1,504.42 | $ (1,129.42) | $ 370.58 | |
| | 7/29/2025 | $ 375.00 | | $ 375.00 | $ 745.58 | |
| | 8/12/2025 | $ 375.00 | | $ 375.00 | $ 1,120.58 | |
| | 8/26/2025 | $ 375.00 | | $ 375.00 | $ 1,495.58 | |
| 07/01/25 | 9/8/2025 | $ 375.00 | $ 1,504.42 | $ (1,129.42) | $ 366.16 | |
| | 10/7/2025 | $ 375.00 | | $ 375.00 | $ 741.16 | |
| | 10/15/2025 | $ 375.00 | | $ 375.00 | $ 1,116.16 | |
| | | | | $ - | $ 1,116.16 | |