IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA (Harrisburg)

| | |
|---|---|
| IN RE:<br>MICHAEL JAMES WALKER<br>    Debtor | Case No. 1:25-bk-01554-HWV |
| Freedom Mortgage Corporation,<br>    Movant | Chapter 13 |
| vs.<br>MICHAEL JAMES WALKER<br>    And<br>KRISTEN DANIELLE TOME, (NON-FILING CO-DEBTOR)<br>    Respondents | 11 U.S.C. §362 and §1301 |

**NOTICE**

Notice is hereby given that:

A hearing on the above-referenced matter has been scheduled for:

| | |
|---|---|
| United States Bankruptcy Court<br>The Sylvia H. Rambo US Courthouse<br>1501 North 6th Street<br>Bankruptcy Courtroom #8, 4th Floor<br>Harrisburg, PA 17102 | Date: November 25, 2025<br><br>Time: 9:30 AM |

Any objection/response to the above-referenced matter must be filed and served on or before November 13, 2025.

If service was properly made and Respondent fails to file an objection/response by the above-specified date, the Court may determine after review of the Motion that no hearing is required and grant the relief requested.

If a default order has not been signed and entered, the parties or their counsel are required to appear in Court at the hearing on the above date and time.

<u>October 30, 2025</u>

                                      **Brock and Scott PLLC**

                                      <u>*/s/Mario Hanyon*</u>
                                      Andrew Spivack, PA Bar No. 84439
                                      Mario Hanyon, PA Bar No. 203993
                                      Ryan Srnik, PA Bar No. 334854
                                      Jay Jones, PA Bar No. 86657
                                      Attorney for Creditor
                                      BROCK & SCOTT, PLLC

Case 1:25-bk-01554-HWV   Doc 37-8   Filed 10/30/25   Entered 10/30/25 13:56:53   Desc
Notice    Page 1 of 2

3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com