**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA (Harrisburg)**

| | |
|---|---|
| IN RE:<br>MICHAEL JAMES WALKER<br>    Debtor | Case No. 1:25-bk-01554-HWV |
| | Chapter 13 |
| Freedom Mortgage Corporation,<br><br>    Movant | |
| vs.<br>MICHAEL JAMES WALKER<br>    And<br>KRISTEN DANIELLE TOME, (NON-FILING<br>CO-DEBTOR)<br>    Respondents | 11 U.S.C. §362 and §1301 |

**CERTIFICATE OF SERVICE**

I hereby certify that service upon all interested parties, indicated below was made by sending true and correct copies of the Notice of Motion and Motion for Relief from the Automatic Stay at the addresses shown below or on the attached list on October 30, 2025.

The types of service made on the parties were: Electronic Notification and First-Class Mail.

**Service by First Class Mail:**

Michael James Walker
2320 Delta Road
Brogue, PA 17309

Kristen Danielle Tome
2320 Delta Rd
Brogue, PA 17309

**Service by Electronic Notification:**

Michael A Cibik
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

Jack N Zaharopoulos
Standing Chapter 13 (Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

United States Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading: Service by First Class Mail.

October 30, 2025

/s/Mario Hanyon
Andrew Spivack, PA Bar No. 84439
Mario Hanyon, PA Bar No. 203993
Ryan Srnik, PA Bar No. 334854
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com