## LOCAL BANKRUPTCY FORM 4001-1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA (HARRISBURG)

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| MICHAEL JAMES WALKER | Case No. 1:25-bk-01554-HWV |
| Debtor | |

## POST-PETITION PAYMENT HISTORY
## NOTE AND MORTGAGE DATED February 28, 2018

Recorded on March 02, 2018, in York County, in Book 2460, at Page 7860.

Property Address:
2320 Delta Rd, Brogue, Pennsylvania 17309.

Mortgage Servicer:
Freedom Mortgage Corporation

Post-petition mailing address for Debtors to send payment:
Freedom Mortgage
Attn: Payment Processing
11988 Exit 5 Pkwy., Bldg. 4
Fishers, IN 46037-7939

Mortgagors/Debtors:
MICHAEL JAMES WALKER
KRISTEN DANIELLE TOME


Payments are contractually due:

Monthly ☒ Semi-monthly ☐ Bi-weekly ☐ Other _____


Each Monthly Payment is comprised of:

| | |
|---|---|
| Principal and Interest | $880.59 |
| R.E. Taxes | $0.00 |
| Insurance | $0.00 |
| Late Charges | $0.00 |
| Other: | $0.00 |
| Monthly Escrow | $519.75 |
| PMI | $104.08 |
| **Total** | $1,504.42 |

**POST-PETITION PAYMENTS** (Petition was filed on May 30, 2025)

| Payment amount due | Date payment was due | Date payment was received | Amount received | Check number | How payment was applied (mo./yr.) |
|---|---|---|---|---|---|
| PLEASE SEE PAYMENT HISTORY ATTACHED AS EXHIBIT A | | | | | |

[Continue on attached sheets if necessary]

TOTAL NUMBER OF POST-PETITION PAYMENTS PAST DUE: <u>3</u> as of October 20, 2025.

TOTAL AMOUNT OF POST-PETITION ARREARS $<u>3,397.10</u> as of October 20, 2025.

Dated: <u>October 27th, 2025</u>

Freedom Mortgage Corporation

*/s/ Heather Marie Diaz*
Print Name and Title
Heather Marie Diaz    FCL Specialist III