# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
## (Harrisburg)

| | |
|---|---|
| IN RE:<br>MICHAEL JAMES WALKER<br>    Debtor | Case No. 1:25-bk-01554-HWV |
| Freedom Mortgage Corporation,<br>    Movant | Chapter 13 |
| vs.<br>MICHAEL JAMES WALKER<br>    And<br>KRISTEN DANIELLE TOME, (NON-FILING CO-DEBTOR)<br>    Respondents | 11 U.S.C. §362 and §1301 |

## **ORDER**

Upon consideration of the Motion for Relief from the Automatic Stay filed by Freedom Mortgage Corporation ("Movant"), Doc. 37, and no objections having been filed, it is

**ORDERED** that Movant shall be permitted to reasonably communicate with Debtor and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law. It is further

**ORDERED** that Relief from the Automatic Stay of all proceedings, as provided under 11 U.S.C. § 362 and 11 U.S.C. § 1301 Co-Debtor Stay is **GRANTED** with respect to 2320 Delta Rd, Brogue, Pennsylvania 17309 (hereinafter "the Premises") (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage. It is further

**ORDERED** that the Trustee is directed to cease making any further distributions to the Movant. It is further

**ORDERED** that Federal Rule of Bankruptcy Procedure 3002.1 is no longer applicable to Movant, its successors or assignees.

By the Court,

*/s/ Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: November 17, 2025