United States Bankruptcy Court
Middle District of Pennsylvania

| In re: | Case No. 25-01554-HWV |
|---|---|
| Michael James Walker | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Nov 17, 2025 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| + | Kristen Danielle Tome, 2320 Delta Rd, Brogue, PA 17309-9103 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2025        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew L Spivack | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| Michael A. Cibik | on behalf of Debtor 1 Michael James Walker help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
(Harrisburg)

| | |
|---|---|
| IN RE:<br>MICHAEL JAMES WALKER<br>    Debtor | Case No. 1:25-bk-01554-HWV |
| Freedom Mortgage Corporation,<br>    Movant | Chapter 13 |
| vs.<br>MICHAEL JAMES WALKER<br>    And<br>KRISTEN DANIELLE TOME, (NON-FILING CO-DEBTOR)<br>    Respondents | 11 U.S.C. §362 and §1301 |

## ORDER

Upon consideration of the Motion for Relief from the Automatic Stay filed by Freedom Mortgage Corporation ("Movant"), Doc. 37, and no objections having been filed, it is

**ORDERED** that Movant shall be permitted to reasonably communicate with Debtor and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law. It is further

**ORDERED** that Relief from the Automatic Stay of all proceedings, as provided under 11 U.S.C. § 362 and 11 U.S.C. § 1301 Co-Debtor Stay is **GRANTED** with respect to 2320 Delta Rd, Brogue, Pennsylvania 17309 (hereinafter "the Premises") (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage. It is further

**ORDERED** that the Trustee is directed to cease making any further distributions to the Movant. It is further

**ORDERED** that Federal Rule of Bankruptcy Procedure 3002.1 is no longer applicable to Movant, its successors or assignees.

By the Court,

_/s/ Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: November 17, 2025