UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
Harrisburg Division

| | |
|---|---|
| Michael James Walker, <br><br> *Debtor*. | Case No. 1:25-bk-01554-HWV <br> Chapter 13 |

## MOTION TO VACATE RELIEF ORDER OR IN THE ALTERNATIVE REINSTATE THE STAY

1. Debtor filed for protection under Chapter 13 on May 30, 2025.

2. Debtor's plan has yet to be confirmed.

3. Debtor fell behind on his mortgage payments post-petition.

4. A Motion for Relief From the Automatic Stay (the "Motion") was filed by Freedom Mortgage Corporation on October 30, 2025 as ECF No. 37.

5. An order granting the Motion was entered on November 17, 2025 as ECF No. 40.

6. Debtor and Freedom Mortgage Corporation wish to stipulate to rolling the Debtor's current arrears into the Chapter 13 Plan and amending the plan into a conduit plan to ensure the Debtor does not fall behind again moving forward.

WHEREFORE, Debtor prays that this Honorable Court enter an order vacating the order granting the Motion or in the alternative reinstating the automatic stay as to Freedom Mortgage Corporation.

Date: November 25, 2025

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com