UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
Harrisburg Division

| | |
|---|---|
| Michael James Walker, <br><br> *Debtor*. | Case No. 1:25-bk-01554-HWV <br> Chapter 13 |

## **ORDER**

AND NOW, upon consideration of the Debtor's Motion to Vacate Relief Order or in the Alternative Reinstate the Stay:

It is hereby **ORDERED** that the Motion is **GRANTED**. The relief order of November 17, 2025 is **VACATED**, and the automatic stay shall remain in full force and effect.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: