# LOCAL BANKRUPTCY FORM 9019-1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:**<br>MICHAEL JAMES WALKER<br><br>                      Debtor(s)<br><br>**Freedom Mortgage Corporation**<br><br>                      Plaintiff(s)/ Movants<br><br>    vs.<br>MICHAEL JAMES WALKER<br><br>                      Defendant(s)/ Respondent(s) | CHAPTER    13<br>CASE NO.    1:25-bk-01554-HWV<br>NATURE OF PROCEEDING:    **Motion to Vacate Order**<br>DOCUMENT No.    42 |

## REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST*

CHECK ONE:

☐ The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

☒ The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).
    ☐ Thirty (30) days.
    ☒ Forty-five (45) days.
    ☐ Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: **January 1, 2026**        /s/ Mario Hanyon
                                          Attorney for:    Freedom Mortgage Corporation

*No alterations or interlineations of this document are permitted. This request must be filed twenty-four (24) hours prior to the hearing.