IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
(Harrisburg)

| | |
|---|---|
| IN RE:<br>MICHAEL JAMES WALKER<br>　　Debtor | Case No. 1:25-bk-01554-HWV |
| Freedom Mortgage Corporation,<br>　　Movant | Chapter 13 |
| vs.<br>MICHAEL JAMES WALKER<br>　　And<br>KRISTEN DANIELLE TOME, (NON-FILING CO-DEBTOR)<br>　　Respondents | 11 U.S.C. §362 and §1301 |

## ORDER

Upon consideration of the Motion for Relief from the Automatic Stay filed by Freedom Mortgage Corporation, Doc. 37, the Court's November 17, 2025 Order, Doc. 40, and the Motion to Vacate Order filed by the Debtor, Doc. 46, and it appearing that the parties have resolved the Motion for Relief from the Automatic Stay and the Motion to Vacate Order via Stipulation, Doc. 46, it is

**ORDERED** that the Court's November 17, 2025 Order, Doc. 40, is **VACATED**. It is further

**ORDERED** that the Stipulation is approved.

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: January 5, 2026