UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
Harrisburg Division

| Michael James Walker, | Case No. 1:25-bk-01554-HWV |
|---|---|
| *Debtor*. | Chapter 13 |

CERTIFICATE OF SERVICE

I, Michael A. Cibik, attorney for Debtors, hereby certify that on January 9, 2026, a true and correct copy of the 3rd Amended Chapter 13 Plan was served upon the U.S. Trustee and the Chapter 13 Trustee via ECF Notification and by U.S. Mail to the Debtor and all parties from the Creditor Matrix, listed in the attached mailing list, as listed below:

U.S. Trustee - *via ECF*

Jack N. Zaharopoulos, Chapter 13 Trustee - *via ECF*

Debtor: **2320 Delta Road, Brogue, PA 17309-9103**

Dated: January 9, 2026
/s/ Michael A. Cibik
Michael A. Cibik, Principal Attorney
Cibik Law, P.C., Counsel for Debtors

| Label Matrix for local noticing<br>0314-1<br>Case 1:25-bk-01554-HWV<br>Middle District of Pennsylvania<br>Harrisburg<br>Thu Sep 18 15:34:03 EDT 2025 | Freedom Mortgage Corporation<br>11988 Exit 5 Pkwy<br>Bldg 4<br>Fishers, IN 46037-7939 | U.S. Bankruptcy Court<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102-1104 |
|---|---|---|
| Capital One<br>Attn: Bankruptcy<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Comenity Bank/Petland<br>Attn: Bankruptcy<br>PO Box 182125<br>Columbus, OH 43218-2125 | Freedom Mortgage / Attn: Bankruptcy Departme<br>11988 Exit 5 Pkwy., Bldg. 4<br>Fishers, IN 46037-7939 |
| Freedom Mortgage Corporation<br>Attn: Bankruptcy<br>907 Pleasant Valley Ave, Ste 3<br>Mt Laurel, NJ 08054-1210 | Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Pennsylvania Attorney General<br>16th Floor, Strawberry Square<br>Harrisburg, PA 17120-0001 |
| Pennsylvania Department of Revenue<br>Bankruptcy Division<br>1 Revenue Pl<br>Harrisburg, PA 17129-0001 | Pennsylvania Office of General Counsel<br>333 Market St Fl 17<br>Harrisburg, PA 17101-2210 | U.S. Attorney, Middle District of Pa.<br>235 N Washington Ave Ste 311<br>Scranton, PA 18503-1533 |
| U.S. Department of Justice<br>Attorney General<br>PO Box 683<br>Washington, DC 20044-0683 | United States Trustee<br>US Courthouse<br>1501 N. 6th St<br>Harrisburg, PA 17102-1104 | York County Tax Claim Bureau<br>28 East Market Street, Room 105<br>York, PA 17401-1585 |
| (p)JACK N  ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 | Michael A. Cibik<br>Cibik Law, P.C.<br>1500 Walnut Street<br>Suite 900<br>Philadelphia, PA 19102-3518 | Michael James Walker<br>2320 Delta Rd<br>Brogue, PA 17309-9103 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| Jack N Zaharopoulos<br>Standing Chapter 13<br>(Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 | End of Label Matrix<br>Mailable recipients    17<br>Bypassed recipients     0<br>Total                   17 | |