IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Michael James Walker,

Debtor.

Case No. 1:25-bk-01554-HWV

Chapter 13

## ORDER

Upon consideration of the Amended Motion for Wage Attachment Order filed by Michael James Walker, Doc. 54, it is

**ORDERED** that:

1. Debtor's employer, Consolidated Medical Services, Inc. ("Employer") shall pay $906.00 directly from each of his regular weekly paychecks, to the chapter 13 trustee at the following address:

   > Jack N. Zaharopoulos, Chapter 13 Trustee
   > P.O. Box 6008
   > Memphis, TN 38101

2. The employer will place the Debtor's name and bankruptcy number clearly on all remitted payments.

3. This order terminates upon dismissal or discharge of this case without further order of this Court. Otherwise, it can be dissolved or modified only by a subsequent court order.

4. This order supersedes and replaces all previous orders, if any, made to the subject employer in this case.

By the Court,

*/s/ Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: January 12, 2026