United States Bankruptcy Court
Middle District of Pennsylvania

In re:     Case No. 25-01554-HWV
Michael James Walker     Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1    User: AutoDocke    Page 1 of 2
Date Rcvd: Jan 13, 2026    Form ID: pdf010    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**    **Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2026:**

**Recip ID**    **Recipient Name and Address**
+   Consolidated Medical Services, Inc., Attn: Payroll/HR Re: Wage Deduction, 11027 McCormick Rd, Hunt Valley, MD 21031-1408

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2026     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2026 at the address(es) listed below:**

**Name**     **Email Address**

Andrew L Spivack
    on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com wbecf@brockandscott.com

Jack N Zaharopoulos
    ecf_pahu_alt@trustee13.com

Mario J. Hanyon
    on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com

Michael A. Cibik
    on behalf of Debtor 1 Michael James Walker help@cibiklaw.com
    noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Michael James Walker,

Debtor.

Case No. 1:25-bk-01554-HWV

Chapter 13

## ORDER

Upon consideration of the Amended Motion for Wage Attachment Order filed by Michael James Walker, Doc. 54, it is

**ORDERED** that:

1. Debtor's employer, Consolidated Medical Services, Inc. ("Employer") shall pay $906.00 directly from each of his regular weekly paychecks, to the chapter 13 trustee at the following address:

   Jack N. Zaharopoulos, Chapter 13 Trustee
   P.O. Box 6008
   Memphis, TN 38101

2. The employer will place the Debtor's name and bankruptcy number clearly on all remitted payments.

3. This order terminates upon dismissal or discharge of this case without further order of this Court. Otherwise, it can be dissolved or modified only by a subsequent court order.

4. This order supersedes and replaces all previous orders, if any, made to the subject employer in this case.

By the Court,

_Henry W. Van Eck_

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: January 12, 2026